# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA                                    NO. 2022 KW 0968

VERSUS

RIGOBERTO F. VENTURA                          **NOVEMBER 21, 2022**

---

In Re:    Rigoberto F. Ventura, applying for supervisory writs,
          22nd Judicial District Court, Parish of St. Tammany,
          No. 513715.

---

**BEFORE:    THERIOT, CHUTZ, AND HESTER, JJ.**

   **WRIT DENIED.**

                              MRT
                              WRC
                              CHH

COURT OF APPEAL, FIRST CIRCUIT

_a.Sn_

DEPUTY CLERK OF COURT
    FOR THE COURT